IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EDWARD MILLER,

    Plaintiff,

v.

NAVISTAR, INC.,

    Defendant.

Case No. 3:17-cv-115

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT (DOC. #8)

---

In light of the Amended Complaint, Doc. #11, filed by Plaintiff, the Court OVERRULES AS MOOT Defendant's Partial Motion to Dismiss Plaintiff's Complaint, Doc. #8. Defendant may file a responsive pleading to the Amended Complaint within the time allotted by the local rules.

Date: May 26, 2017

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE